[No. 6871–1–II.   Division Two.   April 10, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE
JAMES COX, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–1–01228–1, William L. Brown, Jr., J.,
entered January 24, 1983. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 6755–2–II.   Division Two.   April 10, 1985.]

THE CITY OF ORTING, *Respondent,* v. JAMES
G. SMITHHART, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 292543, E. Albert Morrison, J., entered
November 8, 1982. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 6775–7–II.   Division Two.   April 10, 1985.]

VIRGIL E. COOP, *Appellant,* v. KENNETH R.
THAWSH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 292845, E. Albert Morrison, J., entered
November 16, 1982. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 6953–9–II.   Division Two.   April 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BARRY
RAE BUCKMASTER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–1–01490–9, Arthur W. Verharen, J., entered
March 21, 1983. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Reed and Petrich, JJ.